STATE OF NEW JERSEY v. GERALD PROIETTI.

June 27, 1988.

This matter having come before the Court on a petition for certification from the judgment of the Appellate Division, and it appearing that both parties agree that the Appellate Division erred in directing the resentence of defendant to a higher degree of burglary than that to which he pled;

It is ORDERED that certification is granted and the judgment of the Appellate Division is summarily reversed insofar as it directs the resentence of defendant to a higher degree of burglary than that to which he pled. The judgment of the

Appellate Division is otherwise summarily affirmed. On the remand to correct the Graves Act sentence on the theft offense, should the State seek to have defendant resentenced as a repeat Graves Act offender, it shall be bound by the terms of the plea agreement in respect of defendant's maximum exposure under Count I of Indictment S–718–86.